UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MARCUS INGRAM, Individually, :
:
    Plaintiff, :
:
v. : Case No. 1:22-cv-3697-MLB
:
SPRING MOUNTAIN PROPERTY :
INVESTMENT, LLC :
A Domestic Limited Liability Company :
:
    Defendant. :
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff Marcus Ingram and Defendant Spring Mountain Property Investment, LLC., submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE. Respectfully submitted this 29th day of December 2022.

/s/ Pete M. Monismith        /s/ Dae Sup Hyun (signed with consent)

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Spring Mountain Property Investment, LLC<br>c/o Dae Sup Hyun<br>131 Amhurst Drive West Point, GA 31833<br>770-851-7111<br>Hyun351 O@gmail.com |